### BENTON v. STATE.
### No. 16029.

Court of Criminal Appeals of Texas.
May 10, 1933.

Preston Martin, of Weatherford, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for selling intoxicating liquor, punishment being one year in the penitentiary.

The indictment appears regular and properly charges the offense.

The record is here without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

### DAVIS v. STATE.
### No. 15863.

Court of Criminal Appeals of Texas.
April 26, 1933.

Rehearing Denied May 24, 1933.

Carney & Carney, of Atlanta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is assault with intent to murder; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.